An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SIMONE L. TAYLOR,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KATHLEEN E.
DELANEY, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 69066

FILED

DEC 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This original petition for a writ of mandamus requests this court to order the district court to resolve petitioner's postconviction petition for a writ of habeas corpus. Petitioner argues that the district court has not fulfilled its duty to act in a timely manner in resolving her postconviction petition as no decision has been entered since the evidentiary hearing concluded in August 2014. We have considered the petition and the supporting documents submitted, and we are not satisfied that this court's intervention by way of extraordinary writ is warranted at this time. We are confident that petitioner's postconviction petition will be resolved as expeditiously as the district court's calendar permits. Accordingly, we deny the petition. *See* NRAP 21(b).

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38484

cc: Hon. Kathleen E. Delaney, District Judge
Terrence M. Jackson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A